# Ex Parte Suárez.

## Apelación procedente de la Corte de Distrito de San Juan.

No. 89.—Resuelto en junio 10, 1907.

Habeas Corpus—Jurisdicción.—Aunque la alegación del peticionario de haber sido condenado sin que se le haya citado, ni oído en juicio, constituye un motivo suficiente para decretar su excarcelación por *habeas corpus,* en los casos en que sea debidamente probada, aún por la sola declaración del prisionero, sin corroboración alguna, sin embargo, la prueba practicada en este caso no es suficiente para dejar establecida tal alegación.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Figueroa Maestre.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El apelante hizo solicitud á la Corte de Distrito de San Juan para que expidiera un auto de *habeas corpus* y esa corte, después de celebrada la vista del caso, ordenó que el peticionario fuera puesto nuevamente bajo la custodia del funcionario que le retenía. La solicitud expresa que el preso que fué procesado por dos delitos de violación de las leyes de rentas internas fué condenado en cada uno de estos casos, á pagar una multa de cien dollars, ó á prisión alternativa de un mes; que el prisionero se encuentra en la cárcel municipal de Bayamón, siendo dicha prisión ilegal por haber excedido la corte su jurisdicción al no haber oído al peticionario en la sala de Justicia ya por sí ó por medio de abogado, no habiendo tampoco oído ninguna prueba de dicho peticionario. No se presentaron alegatos, pero hubo argumentos orales, y estamos de acuerdo con el fiscal en que la solicitud no constituye *prima facie* un caso en que proceda la excarcelación. Parece que durante la vista en la corte inferior se alegó que el prisionero nunca fué citado debidamente en el caso original, pero aún cuando esto hubiera sido el fundamento de la solicitud interesando la excarcelación, de la prueba no vemos que el peticionario no hubiera sido debidamente citado y arrestado, puesto que él mismo admite que tenía conocimiento de la demanda. Aunque una prueba y alegación directa del prisionero, aún su propio testimonio que no ha sido corroborado con respecto á que nunca fué citado, pudiera bastar para asegurar su excarcelación en propia forma, sin embargo, la naturaleza de la prueba que tenemos ante nos, no nos satisface, como hemos dicho, con respecto á que el peticionario no fuera debidamente declarado culpable. La solicitud es deficiente en otro respecto, porque no excluye la hipótesis de que el preso haya podido ser oído aunque nó en la sala de justicia.

No se ha demostrado ó alegado debidamente que el prisionero esté en prisión sin el debido procedimiento legal, debiendo confirmarse la sentencia dictada por la Corte de Distrito de San Juan.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.